IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NEW CASTLE MOTORS, INC., | § | |
| | § | No. 208, 2014 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | C.A. No. N12C-01-219 FSS |
| NAKIRA DARDEN, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted:  October 29, 2014
Decided:  October 31, 2014

Before **HOLLAND**, **RIDGELY,** and **VALIHURA**, Justices.

**O R D E R**

This 31st day of October 2014, the Court having considered this matter after briefing and oral argument has concluded that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in the Superior Court's decision dated March 27, 2014.  In addition, the parties are each directed to immediately notify the Bankruptcy Court by letter about the Superior Court monetary judgment, the finality of this proceeding and to file a copy of those letters with the Clerk of this Court.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Randy J. Holland*
Justice